# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                      Bankruptcy Case No.: 23–10153–LSS
Independent Pet Partners Holdings, LLC
    Debtor                                  Bankruptcy Chapter:  11

_____

Steven Balasiano as Trustee of the Independent Pet
Partners Liquidating Trust

    Plaintiff                              Adv. Proc. No.:  25–50065–LSS

    vs.

CMP Restoration Company

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

| |
|---|
| Defendant's Name: CMP Restoration Company |

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 1/16/26                                    By:  Brandon J. McCarthy Deputy Clerk

(VAN–431)